# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GEORGE CASTRO,**
Appellant,

v.

**BANK OF AMERICA, N.A.** and **NATIONSTAR MORTGAGE, LLC** d/b/a **"MR. COOPER,"**
Appellees.

No. 4D2023-1233

[March 6, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE22008935.

Joseph Brien of The People's Advocate, PLLC, Hallandale Beach, for appellant.

Adam J. Wick of Liebler Gonzalez & Portuondo, Miami, for appellee Bank of America, N.A.

Albert A. Zakarian of Troutman Pepper Hamilton Sanders LLP, Atlanta, GA, for appellee Nationstar Mortgage, LLC d/b/a Mr. Cooper.

PER CURIAM.

George Castro appeals the circuit court's order dismissing his complaint with prejudice. The circuit court relied on multiple grounds when it dismissed the complaint. We agree with Castro that the circuit court ventured outside the four corners of the complaint when it dismissed the complaint on certain of those grounds. But the circuit court did not need to look outside the four corners of the complaint when it dismissed based on the statute of limitations. Because it was evident from the face of the complaint that the statute of limitations had run, the circuit court properly dismissed the complaint.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*